Are you prepared to switch sides? Aye. Thank you, Your Honor. Sit down, sit down. The law school is in? I don't think the... I don't... Excuse me, I don't think the argument was to be combined. Oh, did the issue matter combining? Yes, yes. Oh, so sweet. I don't remember what she heard, but you know what? Let's move this out. See you all later. Thank you both for your attention. Will do, ma'am. Yeah, I'll accept that. You're okay with that, too? Yes, Your Honor. Very good. Okay, let's move that along. That was the best disargument I've ever heard. We'll be out. Okay.